# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **JASON COOK,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MAINEHEALTH AND NORDX,** )<br>)<br>Defendants ) | Case No. 2:17-cv-428-JDL |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1(a), the parties hereby stipulate, by and through undersigned counsel, that all claims are dismissed with prejudice and without costs to either party.

Dated: March 12, 2019

*/s/ Laura H. White* _____  
Laura H. White, Me. Bar #: 4025  
*Attorney for Plaintiff*  
BERGEN & PARKINSON LLC  
62 Portland Road, Suite 25  
Kennebunk, ME 04043  
(207) 985-7000  
lwhite@bergenparkinson.com

*/s/ Margaret C. LePage* _____  
Margaret C. LePage, Esq.  
*Attorney for Defendants*  
PIERCE ATWOOD  
254 Commercial Street, Merrill's Wharf  
Portland, Maine 04101  
(207) 791-1100  
mlepage@pierceatwood.com

## CERTIFICATE OF SERVICE

    I, Laura H. White, hereby certify that on this 12th day of March, 2019, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

Dated: March 12, 2019          */s/ Laura H. White*

                                  Laura H. White
                                  *Attorney for Plaintiff*
                                  BERGEN & PARKINSON, LLC
                                  62 Portland Road, Suite 25
                                  Kennebunk, ME 04043
                                  Phone: (207) 985-7000
                                  *lwhite@bergenparkinson.com*